**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NYU LANGONE HOSPITALS,

                        Plaintiff,

      -against-                                  22 **CIVIL** 10637 (NRB)

                                                            **<u>JUDGMENT</u>**

1199SEI NATIONAL BENEFIT FUND FOR
HEALTH AND HUMAN SERVICE EMPLOYEES
and 1199SEIU NATIONAL BENEFIT FUND
FOR HOME CARE EMPLOYEES,

                        Defendants.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated March 07, 2024, the Court grants defendants' motion in full and therefore dismisses the Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

       March 07, 2024

                                                                  **RUBY J. KRAJICK**

                                                                     Clerk of Court

                                  **BY:**

                                                                      Deputy Clerk